IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIE D. VALORA, | : | |
| Plaintiff, | : | Case No. 4:18-cv-00845 |
| v. | : | |
| | : | Judge Matthew W. Brann |
| ST. ANDREW'S EPISCOPAL CHURCH, | : | |
| | : | Complaint filed: 04/18/2018 |
| Defendant. | : | |
| | : | *Electronically Filed* |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by the parties hereto that any and all claims in the above-entitled action are hereby dismissed with prejudice. Each party shall bear its own costs.

| | |
|---|---|
| BABST, CALLAND, CLEMENTS & ZOMNIR, P.C. | SWARTZ CAMPBELL |
| By: */s/ Molly E. Meacham* | By: */s/ Robert J. Grimm* |
| Molly E. Meacham, Esquire | Robert J. Grimm, Esquire |
| Pa. I.D. No. 318272 | Pa. I.D. No. 55381 |
| 603 Stanwix Street | Kopopers Building |
| Two Gateway Center | 436 7th Avenue, Floors 7 & 8 |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15219 |
| Phone: (412) 394-5614 | Phone: (412) 560-3267 |
| mmeacham@babstcalland.com | rgrimm@swartzcampbell |
| Attorney for Plaintiff | Attorney for Defendant |
| Julie D. Valora | St. Andrew's Episcopal Church |

Dated: 1/24/2019

{B4144444.1}